| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>*Attorney for:* Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JONATHAN WALTER HOFFMANN,<br><br>Debtor(s). | CASE NO.: 8:26-bk-10517-MH<br>ADVERSARY NO.:<br>(*if applicable*)<br>CHAPTER: 13 |
|---|---|
| Plaintiff(s),<br>vs.<br><br>Defendant(s). | **SUBSTITUTION OF ATTORNEY**<br><br>**[LBR 2091-1(b)]** |

1. The name(s) of the party(ies) making this Substitution of Attorney *(specify)*:
   Jonathan Walter Hoffmann

2. The name, address, telephone number, and email address of the new attorney are *(specify)*:
   BENJAMIN HESTON (297798)
   3090 Bristol Street #400
   Costa Mesa, CA 92626
   Tel: 949.312.1377

3. New attorney hereby appears in the following matters:   ☒ the bankruptcy case   ☐ the adversary proceeding

---

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*              Page 1              F 2091-1.SUBSTITUTION.ATTY

4.  The new attorney is substituted as attorney of record in place instead of the present attorney. *(Specify name of present attorney)*:

Jonathan Walter Hoffmann (pro se)

Date: 03/13/2026

_____
Signature of party
Jonathan Walter Hoffmann
_____
Printed name of party

_____
Signature of *second* party (if applicable)

_____
Printed name of *second* party (if applicable)

_____
Signature of *third* party (if applicable)

_____
Printed name of *third* party (if applicable)

_____
Signature of *fourth* party (if applicable)

_____
Printed name of *fourth* party (if applicable)

I consent to the above substitution.

Date: 03/13/2026

_____
Signature of present attorney
Jonathan Walter Hoffmann
_____
Printed name of present attorney

I am duly admitted to practice in this district. The above substitution is accepted.

Date: 03/13/2026

/s/Benjamin Heston
_____
Signature of new attorney

Benjamin Heston
_____
Printed name of new attorney

**IMPORTANT NOTICE**

Filing of this Substitution of Attorney form does not replace the need to be employed pursuant to the Bankruptcy Code. See LBR 2014-1 regarding the requirements and procedures for making an application to employ an attorney.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2014                                      Page 2                                      F 2091-1.SUBSTITUTION.ATTY