| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| NEXUS BANKRUPTCY<br>BENJAMIN HESTON (297798)<br>3090 Bristol Street #400<br>Costa Mesa, CA 92626<br>Tel: 949.312.1377<br>Fax: 949.288.2054<br>ben@nexusbk.com<br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br><br>JONATHAN WALTER HOFFMANN,<br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 8:26-bk-10517-MH<br><br>CHAPTER: 13<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>**(with supporting declaration)**<br>**[FRBP 1007(c), LBR 1007-1(b)]** |

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

    ☒ One or more schedules (A/B – J)    ☒ Chapter 13 Plan    ☒ Statement of Financial Affairs
    ☒ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
    ☒ Debtor's Certification of Employment Income
    ☐ Other (*specify*):

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed:  2/20/2026
3. Date of § 341(a) meeting of creditors:  3/24/2026
4. Debtor requests extension to and including (extension deadline) (*date*):  3/20/2026

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

5.  Declaration regarding the reason(s) for extension (*explain*):

   See attached Declaration of Jonathan Walter Hoffmann.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/13/2026 | /s/ [signature] | | |
|---|---|---|---|
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                              Page 2                              F 1007-1.MOTION.DEC.EXTEND

**NEXUS BANKRUPTCY**
**BENJAMIN HESTON (297798)**
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949.312.1377
Fax: 949.288.2054
ben@nexusbk.com

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| In re: | Case No: 8:26-bk-10517-MH |
|---|---|
| JONATHAN WALTER HOFFMANN, | Chapter 13 |
| Debtor. | DECLARATION OF DEBTOR IN SUPPORT OF MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS |

I, Jonathan Walter Hoffmann, declare as follows:

1. I am the Debtor in this bankruptcy case. I have personal knowledge of all matters stated herein and if called to testify, I could competently testify thereto.

2. I filed my voluntary Chapter 13 petition as a self-represented party on February 20, 2026.

3. My primary purpose in seeking relief under Chapter 13 was to prevent the imminent foreclosure of my home. My intent has always been to utilize the bankruptcy process to allow me the necessary time to either cure the mortgage arrearage or sell the property consistent with the terms agreed upon in my pending family law case.

4. I am currently navigating an extremely contentious divorce. The emotional and financial toll of this family court litigation, compounded by the daily demands of my employment, has been overwhelming.

5. When I filed my initial petition, I genuinely believed I could figure out how to complete the necessary schedules, statements, and Chapter 13 plan on my own. I requested an

1

1     extension of time to file these case commencement documents, which this Court graciously granted, setting a deadline of today, March 13, 2026.

6. As I attempted to complete the required paperwork, it became apparent that navigating the complexities of a Chapter 13 bankruptcy without legal training is extremely difficult, if not completely impossible.

7. Realizing that proceeding pro se would likely result in the dismissal of my case and the loss of my home, I reached out to bankruptcy attorney Benjamin Heston today, March 13, 2026, at approximately 2:00 p.m.

8. I am currently in the process of rapidly gathering and providing Mr. Heston and his staff with all of my relevant financial documents. He requires this information to properly review the facts, evaluate the feasibility of a Chapter 13 reorganization, and prepare accurate and compliant documents.

9. I respectfully request that the Court grant a brief additional extension of time so my new counsel can get up to speed, properly advise me, and file the requisite documents to ensure this case proceeds correctly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: March 13, 2026

JONATHAN WALTER HOFFMANN

2

**DECLARATION IN SUPPORT OF MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3090 Bristol Street #400**
**Costa Mesa, CA 92626**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 3/13/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane (SA) Cohen (TR)    efile@ch13ac.com
Dane W Exnowski    dane.exnowski@mccalla.com, bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com
Amitkumar Sharma    amit.sharma@aisinfo.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 3/13/2026 I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL**
Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed (state method for each person or entity served):

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 3/13/2026 | **Benjamin Heston** | /s/Benjamin Heston |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**