**NEXUS BANKRUPTCY**
BENJAMIN HESTON (297798)
3090 Bristol Street #400
Costa Mesa, CA 92626
Tel: 949-312-1377
Fax: 949-288-2054
ben@nexusbk.com

Attorney for Debtor

> **FILED & ENTERED**
>
> MAR 13 2026
>
> **CLERK U.S. BANKRUPTCY COURT**
> **Central District of California**
> BY jle    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>JONATHAN WALTER HOFFMANN,<br><br>Debtor. | Case No.: **8:26-bk-10517-MH**<br><br>Chapter 13<br><br>**ORDER GRANTING DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** |

Having reviewed the Debtor's Motion to Extend Time to File Case Opening Documents (docket #16) and good cause appearing thereof, the Court hereby GRANTS the motion and extends the deadline to file case opening documents to March 20, 2026.

Date: March 13, 2026

Mark Houle
United States Bankruptcy Judge

1