United States Bankruptcy Court

Central District of California

In re:                                                                                    Case No. 26-10517-MH

Jonathan Walter Hoffmann                                                  Chapter 13

        Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8                              User: admin                                    Page 1 of 2

Date Rcvd: Mar 25, 2026                       Form ID: odspa                             Total Noticed: 13

The following symbols are used throughout this certificate:

**Symbol        Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 27, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Jonathan Walter Hoffmann, 19800 MacArthur Blvd Ste 880, Irvine, CA 92612-2484 |
| 42943136 | + | Highland Mariposa HOA, 180 E Main St. STE 101, Tustin, CA 92780-4428 |
| 42943138 | + | Veros, 2333 N Broadway, Santa Ana, CA 92706-1661 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | EDI: EDD.COM | Mar 26 2026 06:39:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Mar 26 2026 06:39:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| cr | + | EDI: AISACG.COM | Mar 26 2026 06:39:00 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 42943137 | + | EDI: GMACFS.COM | Mar 26 2026 06:39:00 | Ally Financial, 500 Woodward Ave., Detroit, MI 48226-3416 |
| 42943135 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 26 2026 03:01:00 | Caliber, 1100 Virginia Dr., Fort Washington, PA 19034-3235 |
| 42943140 | + | EDI: JEFFERSONCAP.COM | Mar 26 2026 06:39:00 | Jefferson Capital Systems, 200 14th Ave. E, Sartell, MN 56377-4500 |
| 42943139 | | Email/Text: bk@lendmarkfinancial.com | Mar 26 2026 03:01:00 | Lendmark, 1735 N. Brown Rd. STE 300, Lawrenceville, GA 30043 |
| 42951040 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 26 2026 03:00:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42947072 | | Email/PDF: OGCRegionIXBankruptcy@hud.gov | Mar 26 2026 03:00:43 | U.S. Department of Housing and Urban Development, 1 Sansome Street, 12th Floor, San Francisco, CA 94104 |
| 42986341 | + | Email/Text: enotifications@santanderconsumerusa.com | Mar 26 2026 03:02:00 | Santander Consumer USA, Inc., d/b/a Chrysler Capital, P.O. Box 961275, Fort Worth, TX 76161-0275 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| intp | | Courtesy NEF |
| 42943134 | | NR/SMS/CAL, 3707 East Shea Blvd., Phoenix, AZ'85028 |

District/off: 0973-8          User: admin          Page 2 of 2

Date Rcvd: Mar 25, 2026          Form ID: odspa          Total Noticed: 13

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 27, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 25, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Amitkumar Sharma | on behalf of Creditor Ally Financial c/o AIS Portfolio Services  LLC amit.sharma@aisinfo.com |
| Amrane (SA) Cohen (TR) | efile@ch13ac.com |
| Benjamin Heston | on behalf of Debtor Jonathan Walter Hoffmann bhestonecf@gmail.com benheston@recap.email,NexusBankruptcy@jubileebk.net |
| Dane W Exnowski | on behalf of Interested Party Courtesy NEF dane.exnowski@mccalla.com  bk.ca@mccalla.com,mccallaecf@ecf.courtdrive.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

TOTAL: 5

Form odspa–odspab
Rev. 06/2017

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

# ORDER AND NOTICE OF DISMISSAL FOR
# FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**
Jonathan Walter Hoffmann
dba Jonathan Hoffmann

**BANKRUPTCY NO.**  8:26–bk–10517–MH

**CHAPTER**  13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):**   xxx–xx–6212
**Employer Tax–Identification (EIN) No(s).(if any):**  N/A
**Debtor Dismissal Date:** 3/25/26

**Address:**
19800 MacArthur Blvd Ste 880
Irvine, CA 92612

It appearing that the debtor(s) in the above–captioned case has failed to file all the documents required under FRBP 1007 or 3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the required documents has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)    The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedings are moot and dismissed.

2)    Any discharge entered in this case is vacated.

3)    The Court retains jurisdiction on all issues involving sanctions, any bar against being a debtor in bankruptcy, all issues arising under Bankruptcy Code §§ 105, 109(g), 110, 329, 349, and 362, and to any additional extent provided by law.

By the Court,

Dated: March 25, 2026

**Kathleen J. Campbell**
Clerk of Court

Form odspa–odspab Rev. 06/2017

**19 / HC**