**AMRANE COHEN**
**CHAPTER 13 TRUSTEE**
**Orange City Square**
**770 The City Dr. South, #3700**
**Orange, CA 92868**
**Tel: (714) 621-0200**

### UNITED STATES BANKRUPTCY COURT CENTRAL
### DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>JONATHAN WALTER HOFFMANN<br><br><div align="center">Debtor(s).</div> | Case No.: 8:26-bk-10517-MH<br><br>DECLARATION RE NON-RECEIPT OF OBJECTIONS TO TRUSTEE'S FINAL REPORT & ACCOUNT |

On April 16, 2026, this office served upon the interested parties a "Notice of Filing of Trustee's Final Report and Account." This office has not received any objection(s) to the Trustee's Final Report & Account within the time period permitted by Rule 5009, or at all.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 21, 2026 at Orange, California.

Dated: May 21, 2026

/s/ ALDO AMAYA
ALDO AMAYA